Robert Jump v. Jean J. Peltier.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ROBERT JUMP *v.* JEAN J. PELTIER.

A note payble in gold can be satisfied by the tender of United States Treasury notes of an equal amount.
An appeal taken for an amount less than three hundred dollars will be dismissed

APPEAL from the Sixth District Court of New Orleans, *Duplantier*, J. *J. W. Gurley*, for plaintiff. *E. Bermudez* and *C. Redmond*, for defendant and appellant.

JONES, J. This Court must, *ex officio,* dismiss this appeal, as the subject-matter in controversy is less than three hundred dollars. Under the decision of this Court we held, a note payable in gold could be satisfied by the tender of United States Treasury notes, of equal amount.

Appeal dismissed, with costs.